UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>　　　　　　　Plaintiff,<br><br>　- v. -<br><br>DOONEY & BOURKE, INC.,<br><br>　　　　　　　Defendant. | **ECF CASE**<br><br>04 Civ. 5316 (RMB) (MHD)<br><br>**NOTICE OF MOTION TO COMPEL NON-PARTY BROOKS BROTHERS TO COMPLY WITH A THIRD-PARTY SUBPOENA** |

PLEASE TAKE NOTICE that, upon the Declaration of Alison Arden Besunder executed December 21, 2006 together with the exhibits attached thereto, and the accompanying memorandum of law in support thereof, Plaintiff Louis Vuitton Malletier (**Plaintiff**) hereby moves this Court before the Honorable Michael H. Dolinger, United States Magistrate Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Fed. R. Civ. P. 45, compelling non-party Brooks Brothers to comply with a third-party subpoena dated October 26, 2006.

Dated: December 21, 2006

New York, New York

                                            ARENT FOX PLLC

                                            *By: /s/ Alison Arden Besunder*
                                            Steven Kimelman, Esq. (SK-8828)
                                            Michael A. Grow, Esq. (MG-7642)
                                            (admitted *pro hac vice*)
                                            Alison Arden Besunder, Esq. (AB-8772)
                                            ARENT FOX PLLC
                                            1675 Broadway
                                            New York, New York 10019
                                            (212) 484-3900
                                            Fax (212) 484-3990

                                            Counsel to Plaintiff Louis Vuitton Malletier

TO:
Douglas D. Broadwater, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475

Thomas McAndrew, Esq.
Thomas McAndrew & Associates
One Turks Head Plaza
Suite 205
Providence, Rhode Island 02903